No. 579. COMMISSIONER OF INTERNAL REVENUE *v.* MERLE-SMITH. January 12, 1931. Petition for writ of

certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, Sewall Key, Norman D. Keller,* and *Paul D. Miller* for petitioner. *Mr. John W. Davis* for respondent.